**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darrell L. PADGETT, Defendant–**
**Appellant.**

No. 02–6559.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2002.

Decided Sept. 25, 2002.

Darrell L. Padgett, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Remanded by unpublished PER CURIAM opinion.

OPINION

PER CURIAM.

Darrell L. Padgett seeks to appeal the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582 (2000). In criminal cases, the defendant must file his notice of appeal within ten days of the entry of judgment. Fed. R.App. P. 4(b)(1)(A); *United States v. Alvarez,* 210 F.3d 309, 310 (5th Cir.2000) (holding that § 3582 proceeding is criminal in nature and ten-day appeal period applies). With or without a motion, the district court may grant an extension of time to file of up to thirty days upon a showing of excusable neglect or good cause. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered its order denying Padgett's timely motion for reconsideration on February 26, 2002; the ten-day appeal period expired on March 8. Padgett filed his notice of appeal after the ten-day appeal period expired but within the thirty-day excusable neglect period. Because Padgett's notice of appeal was filed within the excusable neglect period, we grant Padgett's motion to proceed in forma pauperis and remand the case to the district court for the court to determine whether Padgett has shown excusable neglect or good cause warranting an extension of the ten-day appeal period. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*